IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                          Cr. No. 5:03CR50040-001

CARLOS ARAUJO-BARROSO,
    DEFENDANT.

## ORDER FOR REMISSION OF SPECIAL ASSESSMENT

Now on this 23rd day of May, 2006, comes on to be considered the Government's Petition for Remission of Special Assessment. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On April 13, 2004, Defendant was sentenced to eighteen months incarceration, three years supervised release, and a $100.00 special assessment.

2. The Government moves to remit Defendant's special assessment pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -

The Government states that the Defendant was deported on April 7, 2005, and that there is no reasonable likelihood that the special assessment can be collected.

4. Upon due consideration, the Government's Petition for Remission of Special Assessment is hereby granted and Defendant's special assessment is remitted.

IT IS SO ORDERED.

                                                           /s/Jimm Larry Hendren
                                                           JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE